

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

April 27, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> The May 8 violation hearing is adjourned to July 10, 2020, at 11:00 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   4/29/2020
> New York, New York

Re:   **United States v. William Pascal**, 13 Cr. 600-5 (ER)

Dear Judge Ramos:

The Government writes to request that the defendant's May 8, 2020 violation of supervised release conference be adjourned by approximately 60 days.  In early April, the defendant underwent surgery for an injury and is now recovering at a physical rehabilitation facility.  The defendant anticipates another surgery in the coming weeks.  In addition, the defendant has an appearance set in his state case in early May.  A 60-day adjournment will enable the defendant to recover from his injuries and make progress in his state case.  The defense does not object to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc:   Guy Oksenhendler, Esq. (*by ECF*)
      Hillel Greene, U.S. Probation (*by email*)