

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

    Re:    **United States v. William Pascal**, 13 Cr. 600-5 (ER)

Dear Judge Ramos:

    The Government writes, with the consent of the defendant, to request that the defendant's July 10, 2020 violation of supervised release conference be adjourned until the week of September 8 or later.  The defendant recently underwent surgery and a physical rehabilitation program, and anticipates another surgery on or about July 6.  In addition, the defendant anticipates appearing for his state case in the first week of August.  An adjournment to September will enable the defendant to recover from his injuries and make progress in his state case.

    The Government further requests, with the consent of the defendant, that the defendant's bail conditions be modified to permit the defendant to reside at the Days Inn located at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and to further modify his residence with the approval of the Probation Office.  The defendant's bail conditions include home incarceration at a specific residence.  Following his release from a physical rehabilitation program on June 8, however, the defendant has been unable to return to his prior residence and has been residing at the Days Inn.  The Probation Office continues to make contact with the defendant daily, and his movement is

---

The July 10 violation hearing is adjourned to September 9, 2020, at 11:15 a.m.  Defendant's bail conditions are modified as described above.

SO ORDERED.

                                                     _____
                                                   Edgardo Ramos, U.S.D.J
                                                   Dated: \_\_\_\_7/7/2020_____
                                                   New York, New York

restricted to medical appointments, court appearances, and local necessities such as groceries, laundry, and child care.

                                   Respectfully submitted,

                                   AUDREY STRAUSS
                                   Acting United States Attorney for the
                                   Southern District of New York

By: _____
       Alexander Li
       Assistant United States Attorney
       (212) 637-2265

cc:    Guy Oksenhendler, Esq. (*by ECF*)
       Hillel Greene, U.S. Probation (*by email*)