UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILLIAM PASCAL,

                Defendant.

**ORDER**

13 Cr. 600-05 (ER)

Ramos, D.J.:

    The C.J.A. attorney assigned to this case, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Leonardo M. Aldridge, NUNC-PRO-TUNC August 5, 2020.

    It is SO ORDERED.

Dated: New York, New York
        August 10, 2020

                                              Edgardo Ramos, U.S.D.J.